# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

BONNIE LYONS, individually and as distributee of the Estate of Robert C. Lyons; ESTATE OF ROBERT C. LYONS; and CHELAN COUNTY, WA,

*Defendant*

Civil Action No. 2:17-cv-00361-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: JUDGMENT is entered in favor of the United States of America against Bonnie Lyons for Trust Fund Recovery Penalty assessments for the tax periods ending 06/30/2004; 03/31/2005; 06/30/2005; 09/30/2005; 12/31/2005; 06/30/2006; and 09/30/2006, totaling $262,046.64, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through August 7, 2019, plus additional statutory interest to accrue pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) after August 7, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Stipulation of Judgment.

Date: November 12, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza