# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

BONNIE LYONS, individually and as distributee of the Estate of Robert C. Lyons; ESTATE OF ROBERT C. LYONS; and CHELAN COUNTY, WA,

*Defendant*

Civil Action No. 2:17-cv-00361-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

x other: The Government's Motion for Default Judgment Against the Estate of Robert C. Lyons (ECF No. 44) is GRANTED. Judgement is entered in favor of the United States of America against the Estate of Robert C. Lyons, in the amount of $263,651.60 as of October 8, 2019, with statutory interest and additions continuing to accrue pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) after October 8, 2019, for Trust Fund Recovery Penalty assessments for the tax periods ending 03/31/2005; 06/30/2005; 09/30/2005; 12/31/2005; 06/30/2006; and 09/30/2006.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

x decided by Judge  Salvador Mendoza, Jr.  on a motion for Default Judgment (ECF No. 44)

Date: 2/7/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen